UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES LIABILITY INSURANCE COMPANY,

                Plaintiff,

-v-

GREEN BUILDERS GROUP NY CORP.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 1040 (LJL) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Based on the parties' representation to the court that the Defendant is seeking new counsel, the Settlement Conference scheduled for **Tuesday, August 4, 2020 at 2:00 pm** is ADJOURNED sine die.

Within seven (7) days of Defendant retaining new counsel, the parties shall submit a joint letter to the Court regarding their availability for a settlement conference.

Dated:      New York, New York
              July 29, 2020

SO ORDERED

*[signature]*
SARAH L. CAVE
United States Magistrate Judge