```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES LIABILITY INSURANCE                                  :
COMPANY,                                                           :
                                                                   :
                        Plaintiff,                                 :   20-cv-1040 (LJL)
                                                                   :
        -v-                                                        :   ORDER
                                                                   :
GREEN BUILDERS GROUP NY CORP.,                                     :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    As discussed at the status conference on December 14, 2020, the deadline for discovery is extended to February 1, 2021 and a status conference is scheduled for February 5, 2021 at 5:00 p.m. Parties are directed to dial the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    Per the Order at Dkt. No. 22, the parties are directed to contact the Chambers of Magistrate Judge Cave as soon as possible regarding their availability for a settlement conference.

    SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020