UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES LIABILITY INSURANCE COMPANY,

Plaintiff,

-v-

GREEN BUILDERS GROUP NY CORP.,

Defendant.

CIVIL ACTION NO.: 20 Civ. 1040 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to Judge Liman's order at ECF No. 30, the parties are directed to meet and confer and notify the Court by **Monday, December 21, 2020** by joint letter which of the following dates works best for a settlement conference:

1. Monday, January 10, 2021 at 10:00 am or 2:00 pm;

2. Thursday, January 14, 2021 at 10:00 am or 2:00 pm; or

3. Wednesday, January 27, 2021 at 2:00 pm.

If none of these three dates works for both parties, the joint letter should provide three mutually agreed dates in February 2021.

Dated:      New York, New York
            December 17, 2020

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**