UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES LIABILITY INSURANCE COMPANY,

Plaintiff,

-v-

GREEN BUILDERS GROUP NY CORP.,

Defendant.

CIVIL ACTION NO.: 20 Civ. 1040 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's December 17, 2020 Orders, the parties were directed to meet and confer and notify the Court by Monday, December 21, 2020 by joint letter of their preferred date for a settlement conference.  The parties failed to do so, and are again ORDERED to meet and confer on a mutually agreeable date for a settlement conference.  The parties are to file a joint letter by **December 30, 2020** advising the Court of their preferred date.  The Court is now available at the times listed below.

1. Monday, January 11, 2021 at 10:00 am or 2:00 pm;

2. Thursday, January 14, 2021 at 2:00 pm; or

3. Wednesday, January 27, 2021 at 2:00 pm.

Dated:      New York, New York
            December 23, 2020

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**